UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

Civil Action File Number: 3:25-cv-00275

| | |
|---|---|
| SASHA SLOAN,<br><br>            Plaintiff,<br><br>v.<br><br>LJCMG, *et. al.*,<br><br>            Defendants. | **PLAINTIFF'S PROPOSED SCHEDULING ORDER** |

Pursuant to the Court's Order of February 2, 2026 (DN 16), Plaintiff Sasha Sloan, by counsel, respectfully submits this Proposed Scheduling Order with updated deadlines for the Court's consideration. Because the previously proposed deadlines in the Joint Report of the Parties' Planning Meeting (DN 10, filed October 22, 2025) were submitted prior to the resolution of Defendants' Motion for More Definite Statement (DN 6), Plaintiff proposes the following updated deadlines to account for the passage of time and the current posture of the case.

1. **PRE-DISCOVERY DISCLOSURES**

    The parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) within twenty (20) days of the entry of this Order.

2. **DISCOVERY PLAN**

   The parties propose the following discovery plan:

   A. Discovery will be needed concerning alleged liability, damages, and the defenses raised by the Defendants.

   B. All factual discovery will be completed by August 22, 2027.

   C. A maximum of thirty (30) Interrogatories by each party to any other party shall be submitted, subject to further Orders of the Court.

   D. Reports obtained from experts under Fed. R. Civ. P. 26(a)(2):

   [1]  Plaintiff's expert reports must be disclosed by October 22, 2027.

   [2]  Defendants' expert reports must be disclosed by January 22, 2028.

   [3]  Any rebuttal expert reports from the Plaintiff must be disclosed by February 6, 2028.

   E. All expert discovery will be completed by February 20, 2028.

   F. The parties are under a duty to supplement their responses in accordance with Fed. R. Civ. P. 26(e).

3. **OTHER ITEMS**

   A. The parties do not request a conference with the Court before entry of the Scheduling Order.

   B. The parties request a pretrial conference in May 2028.

   C. The parties should be allowed until February 11, 2027, to join additional parties or amend pleadings.

   D. All potentially dispositive motions should be filed by March 20, 2028.

E. Settlement cannot be evaluated prior to the completion of factual discovery. Mediation or a federal settlement conference may be suitable.

F. Final lists of witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) should be due pursuant to the normal course and practice of the Court.

G. The parties should have fourteen (14) days after service of a final list of witnesses and exhibits to list objections under Fed. R. Civ. P. 26(a)(3).

H. This case should be ready for trial by June 2028, and at this time, it is expected to take approximately five (5) days.

I. The parties do not consent to this matter being referred to the magistrate judge for all purposes, including entry of judgment pursuant to 28 U.S.C. § 636(c).

Dated: March 2, 2026.

                                              Respectfully Submitted by,

*/s/ Shaun A. Wimberly, Sr.*
Shaun A. Wimberly, Sr.
shaun_wimberly@icloud.com
Wimberly & Associates, PLLC
325 West Main Street
Suite 1816 Waterfront Plaza
Louisville, Kentucky 40202
502-208-1887
***Counsel for Plaintiff***

### CERTIFICATE OF SERVICE

It is hereby certified that the foregoing Plaintiff's Proposed Scheduling Order was served on the below named individual(s) electronically via the Court's CM/ECF system, on this 2nd day of March, 2026.

Hon. Joseph C. Klausing

O'Bryan, Brown & Toner, PLLC
401 South Fourth Street, Suite 2200
Louisville, Kentucky 40202
klausingj@obtlaw.com
***Counsel for Defendants Louisville-Jefferson County Metro Government,
Lt. Col. Jerry Collins, and Officer Robert "Bobby" Dukes***

Hon. Sean Ragland
Hon. Michael J. Austin
Phillips Parker Orberson & Arnett, PLC
716 West Main Street, Suite 300
Louisville, Kentucky 40202
sragland@ppoalaw.com
maustin@ppoalaw.com
***Counsel for Defendants CHS TX, Inc. d/b/a YesCare, Mutuel Walka,
Bynisha Robertson, and Malisica Brunner***

/s/ *Shaun A. Wimberly, Sr.*