UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SASHA SLOAN                                                                     Plaintiff

v.                                                      Civil Action No. 3:25-cv-275-RGJ

LOUISVILLE/JEFFERSON COUNTY                                                 Defendants
METRO GOVERNMENT,
LT. COL. JERRY COLLINS, OFFICER
ROBERT BOBBY DUKES, CHS TX, INC.,
MUTUEL WALKA, BYNISHA
ROBERTSON, AND MALISICA
BRUNNER,

* * * * *

**ORDER**

Defendant CHS TX, Inc. d/b/a YesCare, Corp ("YesCare") filed a Suggestion of Bankruptcy and Notice of Automatic Stay ("Notice") notifying the Court that YesCare filed a voluntary for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code in United States Bankruptcy Court in the United States Bankruptcy Court for the Middle District of Florida (Fort Myers Division) under Case No. 2:26-bk-01089 (FMR), giving rise to an automatic stay of this case under 11 U.S.C. § 362. [DE 27].

Civil proceedings against the debtor, here YesCare, are automatically stayed pursuant to 11 U.S.C. 362.  However, the stay generally may not be invoked by entities other than the debtor, such as the co-defendants here.  *Lynch v. Johns-Manville Sales Corp.*, 710 F.2d 1194, 1196 (6th Cir. 1983) (An automatic stay of a proceeding could not be invoked by codefendants in a products liability action with a similar legal or factual nexus to the Chapter 11 debtor.).  The automatic stay thus does not apply to Plaintiff's case against the other defendants.

Accordingly, it is **ORDERED** as follows:

1.    Plaintiff, Sasha Sloan ("Sloan"), and all defendants, except for Defendant YesCare, shall file a joint status report within **20 days of the entry of this Order** advising the Court whether Plaintiff Sloan intends to proceed against the remaining defendants, and if so, whether the automatic stay of this case against YesCare impacts the Motion to Dismiss [DE 17], Motion for Leave to File Excess Pages [DE 21], or Motion for Leave to File Excess Pages [DE 26] and if so, whether those motions need to be amended or revised.

2.    This matter is thus **STAYED** as to Defendant CHS TX, Inc. d/b/a YesCare, Corp pending resolution of YesCare's bankruptcy matter.

3.    Defendant CHS TX, Inc. d/b/a YesCare, Corp shall **SHALL** file a status report advising the Court the status of the bankruptcy proceedings on **August 26, 2026**, and **every six months thereafter**, and notify the Court **within 20 days** when the action in the United States Bankruptcy Court for the Middle District of Florida (Fort Myers Division) under Case No. 2:26-bk-01089 (FMR) [DE 27] resolves.

cc: counsel of record