UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

Civil Action File Number: 3:25-cv-00275

| | |
|---|---|
| SASHA SLOAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JOINT STATUS REPORT** |
| v. | ) |
| | ) |
| LJCMG, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT STATUS REPORT**

Come the Plaintiff, Sasha Sloan, by and through counsel, and the Defendants,

Louisville/Jefferson County Metro Government, Lt. Col. Jerry Collins, Officer Robert

"Bobby" Dukes, Mutuel Walka, Bynisha Robertson, and Malisica Brunner, by and

through counsel, and pursuant to the Court's Order entered July 23, 2026 (Doc. 30),

hereby submit this Joint Status Report.

1. Plaintiff's Intent to Proceed: Plaintiff Sasha Sloan intends to proceed with this

litigation against all remaining non-stayed defendants, specifically: Louisville/Jefferson

County Metro Government, Lt. Col. Jerry Collins, Officer Robert "Bobby" Dukes,

Mutuel Walka, Bynisha Robertson, and Malisica Brunner.

2. Impact of Stay on Pending Motions:

1

The parties agree that the automatic stay regarding Defendant CHS TX, Inc. d/b/a YesCare Corp. does not impact the pending motions before the Court. Specifically:

a.  Motion to Dismiss (Doc. 17):

This motion was filed by the Louisville Metro Defendants (Louisville Metro, Collins, and Dukes), who are not subject to the automatic bankruptcy stay. The motion is fully briefed and ripe for adjudication. No amendment or revision is necessary.

b.  Motion for Leave to File Excess Pages (Doc. 21):

This motion was filed by Plaintiff and relates to the briefing on the Motion to Dismiss. It is not impacted by the stay and does not require amendment.

c.  Motion for Leave to File Excess Pages (Doc. 26):

This motion was filed by the Louisville Metro Defendants and relates to their Reply brief on the Motion to Dismiss. It is not impacted by the stay and does not require amendment.

WHEREFORE, the parties respectfully submit this Joint Status Report and request that the Court proceed to rule on the pending motions.

Respectfully Submitted By:

/s/ Shaun A. Wimberly, Sr.
Shaun A. Wimberly, Sr.
Brandon J. Rudolph
Wimberly and Associates, PLLC
325 West Main Street
Waterfront Plaza, Suite 1816
Louisville, Kentucky 40202
shaun_wimberly@icloud.com
brudolphattorneyatlaw@yahoo.com
***Counsel for Plaintiff***

/s/ Joseph C. Klausing (by permission)
Joseph C. Klausing
O'Bryan, Brown & Toner, PLLC
401 South Fourth Street, Suite 2200
Louisville, Kentucky 40202
klausingj@obtlaw.com
*Counsel for Defendants Louisville/Jefferson*
*County Metro Government,*
*Lt. Col. Jerry Collins, and*
*Officer Robert "Bobby" Dukes*


/s/ Sean Ragland (by permission)
Sean Ragland
Michael J. Austin
Phillips Parker Orberson & Arnett, PLC
716 W. Main Street, Suite 300
Louisville, Kentucky 40202
sragland@ppoalaw.com
maustin@ppoalaw.com
*Counsel for Defendants Mutuel Walka,*
*Bynisha Robertson, and Malisica Brunner*


## CERTIFICATE OF SERVICE


I hereby certify that on August 12, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


/s/ Shaun A. Wimberly, Sr.


3