UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SASHA SLOAN Plaintiff

v. Civil Action No. 3:25-cv-275-RGJ

LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, LT. COL. JERRY COLLINS, OFFICER ROBERT BOBBY DUKES, CHS TX, INC., MUTUEL WALKA, BYNISHA ROBERTSON, AND MALISICA BRUNNER, Defendants

* * * * *

**ORDER**

Plaintiff Sasha Sloan and Defendants Louisville/Jefferson County Metro Government, Lt. Col. Jerry Collins, Officer Robert Bobby Dukes, Mutuel Walka, Bynisha Robertson and Malisica Brunner have advised the Court that Plaintiff's claims against these defendants are unaffected by the bankruptcy stay as to Defendant CHS TX, Inc. d/b/a YesCare, Corp ("YesCare"). [DE 27, DE 30, DE 31]. These parties further advised the Court that the pending Motion to Dismiss [DE 17], Motion for Leave to File Excess Pages [DE 21], or Motion for Leave to File Excess Pages [DE 26] are also unaffected by the stay. Accordingly, **IT IS ORDERED** that the foregoing motions (Motion to Dismiss [DE 17], Motion for Leave to File Excess Pages [DE 21], or Motion for Leave to File Excess Pages [DE 26]) stand submitted to the Court for ruling.

August 18, 2026

Rebecca Grady Jennings, District Judge
United States District Court

cc: counsel of record