**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:25-CV-00275-DJH**

**SASHA SLOAN** **PLAINTIFF**

**VS.**

**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al.** **DEFENDANTS**

# ORDER

On August 20, 2026, the Court granted the Motion of Attorneys Sean Ragland, Michael J. Austin, and the law firm of Phillips Parker Orberson & Arnett, P.L.C. to withdraw as counsel for Defendants Mutuel Walka, Buynisha Robertson, and Malisica Brunner. (DN 33). The Court gave these Defendants forty-five days to retain new counsel and directed them to file a status report within forty-five days regarding the status of their representation. (*Id.*). Forty-five days have now passed without new counsel entering an appearance on behalf of Defendants Mutuel Walka, Buynisha Robertson, and Malisica Brunner. These Defendants also failed to file a status report as directed by the Court.

**IT IS THEREFORE ORDERED** that the Court **extends** Defendants Mutuel Walka, Buynisha Robertson, and Malisica Brunner's time to retain new counsel by **twenty-one (21) days.** If Defendants fail to retain counsel within this period, they will be deemed to be proceeding *pro se*.

**IT IS FURTHER ORDERED** that these Defendants shall **file a status report within twenty-one days** entry of this order that (1) updates the Court on the status of their representation; and (2) shows cause for their failure to comply with the Court's August 20, 2026 Order. Defendants' repeated failure to comply with the Court's orders may result in the scheduling of in-person show-cause proceedings and/or the imposition of sanctions.

Regina S. Edwards, Magistrate Judge
United States District Court

October 7, 2026

Copies: Counsel of Record
Defendant Mutuel Walka, *pro se*
Defendant Bynisha Robertson, *pro se*
Defendant Malisica Brunner, *pro se*