**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:25-CV-00275-RGJ**

**SASHA SLOAN** **PLAINTIFF**

**VS.**

**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al.** **DEFENDANTS**

# ORDER

On August 20, 2026, the Court granted the Motion of Attorneys Sean Ragland, Michael J. Austin, and the law firm of Phillips Parker Orberson & Arnett, P.L.C. to withdraw as counsel for Defendants Mutuel Walka, Buynisha Robertson, and Malisica Brunner. (DN 33). The Court gave these Defendants forty-five days to retain new counsel and directed them to file a status report within forty-five days regarding the status of their representation. (*Id.*). When this deadline passed without these defendants filing a status report, the Court extended their deadline by twenty-one days. (DN 36). The Court warned these Defendants that their "repeated failure to comply with the Court's orders may result in the scheduling of in-person show-cause proceedings or the imposition of sanctions." (*Id.*). The additional twenty-one days have now passed, and Defendants Mutuel Walka, Buynisha Robertson, and Malisica Brunner have once again failed to file the Court-ordered status report.

The Court finds the next appropriate step is to schedule an in-person show-cause hearing. Defendants Mutuel Walka, Buynisha Robertson, and Malisica Brunner will be required to attend this hearing at the Gene Snyder United States Courthouse and show-cause for their failure to comply with Court Orders and otherwise participate in the litigation. If these Defendants do not appear for the show-cause hearing, the Court will recommend Plaintiff initiate default judgment proceedings against these Defendants.

**IT IS THEREFORE ORDERED** that Defendants Mutuel Walka, Buynisha Robertson, and Malisica Brunner must appear for a **SHOW-CAUSE HEARING** at the Gene Snyder United States Courthouse, 601 W. Broadway, Louisville, KY, 40202, on **November 30, 2026, at 1:30 PM.** Counsel for the other Parties in this action must also attend this hearing.

**IT IS FURTHER ORDERED** that failure to appear by these Defendants shall result in the Court recommending Plaintiff initiate default judgment proceedings.

Regina S. Edwards, Magistrate Judge
United States District Court

November 4, 2026

Copies: Counsel of Record
Defendant Mutuel Walka, *pro se*
Defendant Buynisha Robertson, *pro se*
Defendant Malisica Brunner, *pro se*