USPS TRACKING #

9590 ... 7614 5121 1099 51

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED
JAMES J. VILT, JR. - CLERK
NOV 17 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U. S. DISTRICT COURT
106 GENE SNYDER U. S. COURTHOUSE
601 W. BROADWAY
LOUISVILLE, KY 40202-2249

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Malisica Brunner
LMDC
400 S. 6th St.
Louisville, KY 40202
3:25-cv-275-RGJ, DN 37

9590 9402 9614 5121 1099 51

2. Article Number *(Transfer from service label)*

9589 0710 5270 3555 3637 26

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* K Shipley

C. Date of Delivery 13 Nov 26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
... Mail
... Mail Restricted Delivery
...00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt